_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: May 7, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Latusha Banks, Debtor                               Case No. 23-02746-KMS
                                                                          CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (Dk #43), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. The Debtor's plan term shall be reduced to 36 months or the amount of time necessary as calculated by the Trustee, leaving the plan payment the same with the General Unsecured Claims being paid accordingly. This Order binds those creditors and parties in interest that have been properly served.

##END OF ORDER##


PREPARED BY:                                                AGREED BY:
/s/ Thomas C. Rollins, Jr.                                  /s/Samuel J. Duncan
Thomas C. Rollins, Jr. (MS Bar No. 103469)                  Samuel J. Duncan
Jennifer Ann Curry Calvillo (MS Bar No. 104367)             Attorney for Chapter 13 Case Trustee
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236